## NOTICE OF INTENTION TO ENFORCE SHAREHOLDER LIABILITY FOR SERVICES RENDERED

TO:    PAUL REALI, PETER L REALI, MICHAEL II REALI, and CHRIS ADAMS

**PLEASE TAKE NOTICE**, that pursuant to the provisions of Section 630 of the Business Corporation Law of New York and Section 609 of the Limited Liability Company Law of New York, you are hereby notified that Plaintiff KEIRO J. COOPER-NOLASCO and others similarly situated intend to charge you and hold you personally liable, jointly and severally, as one of the ten largest shareholders and/or members of:

ROYAL WASTE SERVICES, INC d/b/a Royal Waste Services; and
ROYAL WASTE RECYCLING SERVICES, INC

for all debts, wages, and/or salaries due and owing to them as laborers, servants and/or employees of the said corporations for services performed by them for the said corporations within the six (6) years preceding the date of this notice and have expressly authorized the undersigned, as their attorney, to make this demand on his behalf.

Dated: February 5, 2020
      Flushing, NY

TROY LAW, PLLC
*Attorneys for Plaintiff, the proposed FLSA Collective, and Potential Rule 23 Class*

 /s/ John Troy
John Troy (JT0481)
Aaron Schweitzer (AS 6369)
Leanghour Lim (LL 6988)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
Email: johntroy@troypllc.com