# DEMAND BY EMPLOYEES TO INSPECT SHARE RECORDS AND MINUTES PURSUANT TO SECTION 624 OF THE NEW YORK STATE BUSINESS CORPORATION LAW

TO:

    ROYAL WASTE SERVICES, INC d/b/a Royal Waste Services; and
    ROYAL WASTE RECYCLING SERVICES, INC

---

    **PLEASE TAKE NOTICE**, that Plaintiff KEIRO J. COOPER-NOLASCO and others similarly situated as employees of the above corporations who intend to demand, pursuant to the provisions of Section 630 of the Business Corporation Law of New York, and Section 609 of the Limited Liability Company Law of New York, payment of debts, wages and/or salaries due and owing to them as laborers, servants and/or employees of the above corporations for services performed by them for the above corporations within the six (6) years preceding the date of this notice from the ten largest shareholders of the above corporations, and who have expressly authorized the undersigned, as their attorney, to make this demand on their behalf.

    **PLAINTIFF HEREBY DEMANDS** the right to examine, in person or by agent or attorney, during usual business hours, the minutes of the proceedings of the shareholders and records of shareholders of the above corporations and to make extracts therefrom on or after five (5) days from receipt of this notice.

Dated:  February 5, 2020
         Flushing, NY

                              TROY LAW, PLLC
                              *Attorneys for Plaintiff, the proposed FLSA*
                              *Collective, and Potential Rule 23 Class*

                              /John Troy/
                              John Troy (JT0481)
                              Aaron Schweitzer (AS 6369)
                              Leanghour Lim (LL 6988
                              41-25 Kissena Boulevard Suite 103
                              Flushing, NY 11355
                              Tel: (718) 762-1324
                              Email: johntroy@troypllc.com