## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for ONE THIRD (1/3) or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

                                              /s/ John Troy  
                                              John Troy  
                                              TROY LAW, PLLC  
                                              41-25 Kissena Boulevard, Suite 103  
                                              Flushing, NY 11355  
                                              Tel: (718) 762-1324  
                                              Email: johntroy@troypllc.com