UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
KEIRO J. COOPER-NOLASCO,
On his own behalf and on behalf of others similarly situated

                            Plaintiff,

-against-

ROYAL WASTE SERVICES, INC
d/b/a Royal Waste Services; and
ROYAL WASTE RECYCLING SERVICES, INC;
PAUL REALI,
PETER REALI,
MICHAEL II REALI, and
CHRIS ADAMS

                            Defendants.
-------------------------------------------------------------------------------x

Case No.: 20-CV-00640 (KAM)(RER)

**RULE 7.1 STATEMENT**

S I R S:

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held. **NONE.**

Dated: White Plains, New York
        May 13, 2020

                                              TRIVELLA & FORTE, LLP

                                              */s/ Christopher A. Smith*
                                              _____
                                              CHRISTOPHER A. SMITH
                                              *Attorneys for Defendants*
                                              1311 Mamaroneck Avenue, Suite 170
                                              White Plains, New York 10605
                                              Tel. No.: (914) 949-9075

To:   John Troy, Esq.
       TROY LAW, PLLC
       41-25 Kissena Boulevard, Suite 103
       Flushing, NY 11355
       *Attorneys for the Plaintiff*