UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KEIRO J. COOPER-NOLASCO,                    JUDGMENT
                                            20-CV-640 (KAM)
                Plaintiff,

  -against-

ROYAL WASTE SERVICES, et al.,

                Defendants.
--------------------------------------------------------X

      An Order of the Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on May 26, 2021, dismissing the FLSA claims in Counts I and III with prejudice; and declining to exercise supplemental jurisdiction over plaintiff's state law claims Count II (failure to pay minimum wage/unpaid wages, Count IV (unpaid overtime), and Count V (unpaid spread of time pay); and dismissing the state law claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3); it is

      ORDERED and ADJUDGED that Counts I and III are dismissed with prejudice; Counts II, IV, and V are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3); and Judgment is entered in favor of Defendants.

Dated: Brooklyn, New York                          Douglas C. Palmer
       May 26, 2021                                   Clerk of Court

                                          by:    */s/ Brenna B. Mahoney*
                                                     Brenna B. Mahoney
                                                     Chief Deputy